690 A.2d 136

IN THE MATTER OF MICHAEL LESSACK,
AN ATTORNEY AT LAW.

March 24, 1997.

## ORDER

The Disciplinary Review Board on December 20, 1996, having filed with the Court its decision concluding that **MICHAEL LESSACK** of **FORT LEE,** who was admitted to the bar of this State in 1979, should be reprimanded for violating *RPC* 1.1(a) (gross neglect in connection with the improper taking of a jurat on two occasions, and good cause appearing);

It is ORDERED that **MICHAEL LESSACK** is hereby reprimanded;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.